**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SUSAN G. ROSENTHAL,

                    Plaintiff,

-against-                               23 **CIVIL** 9660 (DEH)

                                                      **JUDGMENT**

ROOSEVELT ISLAND OPERATING
CORPORATION, JOSEPH RABITO, KUMIKI
GIBSON, and SIMONIDA SUBOTIC,

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 28, 2025, the Court GRANTS Defendants' Motions to Dismiss.

**Dated:** New York, New York

      May 29, 2025

                                                                **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                                    **BY:**

                                                                  **Deputy Clerk**