UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosenthal,

Plaintiff(s),

v.

Roosevelt Island Operating Corporation et al,

Defendant(s).

23-CV-9660 (DEH)

ORDER

DALE E. HO, United States District Judge:

On August 10, 2026, the Second Circuit vacated this Court's judgment and remanded the case for further proceedings consistent with the Second Circuit's opinion. ECF No. 52. On September 8, 2026, a mandate was issued, transferring jurisdiction to this Court. ECF No. 52. Accordingly, by **September 18, 2026**, the parties shall file a status letter, not to exceed two pages, stating their views as to whether the Court should adjudicate the remaining issues presented on the motion to dismiss on the existing briefing, or if the parties seek to re-brief the motion in light of the Second Circuit's decision. If the latter, the parties shall propose a briefing schedule. The status letter shall also bring any other matters the parties wish to address to the Court's attention. Further, by **September 18, 2026**, the parties shall also file a proposed case management plan, as described in the Court's November 7, 2023 Order, ECF No. 15.

SO ORDERED.

Dated: September 8, 2026
New York, New York

DALE E. HO
United States District Judge